# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>        Plaintiff,<br><br>  v.<br><br>Four Corners Investment Co., LLC, a California limited liability company; and Does 1-10,<br>        Defendants. | Case No.: 2:20-cv-09171-PA-JEM<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 6, 2020<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's action against Defendant Four Corners Investment Co., LLC, a California limited liability company is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 09, 2021

Hon. Percy Anderson
United States District Judge